

ENTERED
04/12/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| LEGACY RESERVES OPERATING LP | § | CASE NO: 19-33401 |
| | § | |
| LEGACY RESERVES OPERATING LP, | § | CASE NO: 19-33401 |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | CHAPTER 11 |

### ORDER GRANTING LEGACY RESERVES OPERATING LP'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion issued on this date, Terra's "Objection to Notice of Potential Assumption and Assignment and Cure Amount" (Case No. 19-33395; ECF No. 1007) is overruled.

SIGNED 04/12/2021

_____
Marvin Isgur
United States Bankruptcy Judge